

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

CD:JPL
F.#

*One Pierrepont Plaza*
*Brooklyn, New York 11201*

Mailing Address: 147 Pierrepont Street
Brooklyn, New York 11201

March 21, 2007

<u>By Hand and ECF</u>

The Honorable Charles P. Sifton
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:  United States v. Roberto Guidos-Castillo,
        <u>Criminal Docket No. 06-752 (CPS)</u>

Dear Judge Sifton:

    The government requests a brief adjournment of the scheduled sentencing in the above-captioned matter to March 28, 2007, at noon. Counsel for the defendant consents to this request.

                Respectfully submitted,

                ROSLYNN R. MAUSKOPF
                United States Attorney

        By:    /s/
              James P. Loonam
              Assistant U.S. Attorney
              (718) 254-7520

cc: Michael Weil, Esq.
    Clerk of Court (CPS)

So Ordered

s/Hon. Charles P. Sifton

3/22/07